FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-23-00062-CV

Enrique **ORTA**, III, Individually and as Representative of the Estate of Enrique Orta, II, Ramona E. Moreno and Sabrina Orta,
Appellants

v.

**SN OPERATING, LLC** and Patco Wireline Services, LLC,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVF001213D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellant's brief was due on February 23, 2023. Before the due date, Appellant filed a motion for a sixty-day extension of time to file the brief. *See* TEX. R. APP. P. 38.6(d).

Appellant's motion is **granted in part**. The brief is due on March 27, 2023. *See id*.

It is so **ORDERED** on February 15, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT